# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re:   Lee, CarCynthia R | § § § § | Case No.  10 B 17341 |
| Debtor | | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/19/2010.

2) The plan was confirmed on 06/14/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on (NA).

5) The case was converted on 01/31/2012.

6) Number of months from filing or conversion to last payment: 20.

7) Number of months case was pending: 24.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $3,150.00.

10) Amount of unsecured claims discharged without full payment: $0.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $6,930.00 |
| Less amount refunded to debtor | $0 |
| **NET RECEIPTS:** | **$6,930.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,564.00 |
| Court Costs | $0 |
| Trustee Expenses & Compensation | $325.39 |
| Other | $0 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,889.39** |
| Attorney fees paid and disclosed by debtor | $300.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Illinois Dept of Revenue | Priority | NA | $2,306.37 | $2,306.37 | $561.52 | $0 |
| Internal Revenue Service | Priority | $3,765.00 | $10,182.42 | $10,182.42 | $2,479.09 | $0 |
| Internal Revenue Service | Priority | $2,363.00 | NA | NA | $0 | $0 |
| Silverleaf Resorts Inc | Secured | $2,000.00 | $5,905.41 | $5,905.41 | $0 | $0 |
| ACC Consumer Finance | Unsecured | $618.00 | NA | NA | $0 | $0 |
| AFNI | Unsecured | $419.00 | NA | NA | $0 | $0 |
| AIS Services | Unsecured | $700.00 | $700.00 | $700.00 | $0 | $0 |
| Arrow Financial Services | Unsecured | $516.00 | NA | NA | $0 | $0 |
| Asset Acceptance | Unsecured | NA | $1,369.60 | $1,369.60 | $0 | $0 |
| Balaban Furniture Ltd | Unsecured | $402.00 | $4,487.94 | $4,487.94 | $0 | $0 |
| Bank Of America | Unsecured | $662.00 | $501.45 | $501.45 | $0 | $0 |
| Cavalry Portfolio Services | Unsecured | $704.00 | $676.05 | $676.05 | $0 | $0 |
| Cda/Pontiac | Unsecured | $606.00 | NA | NA | $0 | $0 |
| City Colleges of Chicago | Unsecured | $800.00 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $1,200.00 | $1,497.00 | $1,497.00 | $0 | $0 |
| Contract Callers Inc | Unsecured | $987.00 | NA | NA | $0 | $0 |
| Contract Callers Inc | Unsecured | $704.00 | NA | NA | $0 | $0 |

*(Continued)*

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Credit Management Service | Unsecured | $630.00 | NA | NA | $0 | $0 |
| Credit Management Service | Unsecured | $641.00 | NA | NA | $0 | $0 |
| Custom Collection | Unsecured | $215.00 | $215.00 | $215.00 | $0 | $0 |
| First Premier | Unsecured | $443.00 | NA | NA | $0 | $0 |
| Illinois Attorney General | Unsecured | $3,000.00 | NA | NA | $0 | $0 |
| Illinois Collection Service | Unsecured | $5,792.00 | NA | NA | $0 | $0 |
| Illinois Dept Of Employment Security | Unsecured | $4,500.00 | $2,401.84 | $2,401.84 | $0 | $0 |
| Illinois Dept of Revenue | Unsecured | $700.00 | $970.84 | $970.84 | $0 | $0 |
| Illinois State Tollway | Unsecured | $500.00 | $1,909.60 | $1,909.60 | $0 | $0 |
| Internal Revenue Service | Unsecured | $12,665.00 | $10,895.95 | $10,895.95 | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $1,068.00 | $1,068.50 | $1,068.50 | $0 | $0 |
| Mages & Price | Unsecured | $377.00 | NA | NA | $0 | $0 |
| Merchants Credit Guide | Unsecured | $429.00 | NA | NA | $0 | $0 |
| Monterey Financial Services | Unsecured | $1,300.00 | NA | NA | $0 | $0 |
| MRSI | Unsecured | $12,892.00 | NA | NA | $0 | $0 |
| National Credit Adjusters | Unsecured | $157.00 | NA | NA | $0 | $0 |
| NCO Financial Systems | Unsecured | $129.00 | NA | NA | $0 | $0 |
| NCO Financial Systems | Unsecured | $380.00 | NA | NA | $0 | $0 |
| Nicor Gas | Unsecured | $1,710.00 | $1,832.67 | $1,832.67 | $0 | $0 |
| Northeast Credit Collection | Unsecured | $618.00 | NA | NA | $0 | $0 |
| Northern Indiana Public Ser | Unsecured | NA | $377.15 | $377.15 | $0 | $0 |
| Oxford Collection Service | Unsecured | $618.00 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | NA | $2,483.32 | $2,483.32 | $0 | $0 |
| Receivables Management Inc | Unsecured | $104.00 | $104.12 | $104.12 | $0 | $0 |
| RJM Acquisitions LLC | Unsecured | NA | $174.12 | $174.12 | $0 | $0 |
| RMS | Unsecured | $5,152.00 | NA | NA | $0 | $0 |
| Santander Consumer USA | Unsecured | $15,434.00 | NA | NA | $0 | $0 |
| Santander Consumer USA | Unsecured | $3,583.00 | NA | NA | $0 | $0 |
| Security Check LLC | Unsecured | $303.00 | NA | NA | $0 | $0 |
| Seventh Avenue | Unsecured | $79.00 | NA | NA | $0 | $0 |
| Silverleaf Resorts Inc | Unsecured | $2,000.00 | NA | NA | $0 | $0 |
| Trustmark Recovery Services | Unsecured | $377.00 | NA | NA | $0 | $0 |
| Trustmark Recovery Services | Unsecured | $813.00 | NA | NA | $0 | $0 |
| Wilberforce University | Unsecured | $800.00 | NA | NA | $0 | $0 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $0 | $0 | $0 |
| All Other Secured | $5,905.41 | $0 | $0 |
| **TOTAL SECURED:** | $5,905.41 | $0 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $12,488.79 | $3,040.61 | $0 |
| **TOTAL PRIORITY:** | $12,488.79 | $3,040.61 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $31,665.15 | $0 | $0 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,889.39 |
| Disbursements to Creditors | $3,040.61 |
| **TOTAL DISBURSEMENTS:** | $6,930.00 |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: April 11, 2012         By: /s/ MARILYN O. MARSHALL
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (09/01/2009)